## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

RAYMUNDO YUSNIEL VILAR-SIRE        CIVIL ACTION NO. 26-0285

                                   SECTION P

VS.

                                   JUDGE JERRY EDWARDS, JR.

PAM JO BONDI, ET AL.               MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Raymundo Yusniel Vilar-Sire's Petition for Writ of Habeas Corpus is DENIED and his claim under *Zadvydas v. Davis,* 533 U.S. 678 (2001) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Petitioner's remaining claims are DISMISSED WITH PREJUDICE.

ALEXANDRIA, LOUISIANA, this 15th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE